**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

YUK LAN CHAN, SHIU PO CHEUNG,
a husband and wife,

       Plaintiffs,

    v.

ONE WEST BANK, FSB, a California
Corporation; NDEX WEST, LLC, a Texas
Corporation,

       Defendants.

Case No.: 2:11-cv-00399-RLH-RJJ

**JUDGMENT FOR DISMISSAL**

       This action came before this Court on October 28, 2011.  Defendants One West Bank, FSB and NDeX West, LLC filed their Motion to Dismiss on April 19, 2011.  [Docket No. 9]  On May 12, 2011, Defendants One West Bank, FSB and NDeX West, LLC filed their Notice of Plaintiffs' Non-Opposition to Defendants' One West Bank, FSB and NDeX West, LLC Motion to Dismiss.  [Docket No. 11]  On October 28, 2011, the Court issued Minutes of Proceedings granting One West Bank, FSB and NDeX West, LLC's Motion to Dismiss and is hereby dismissed from this action.  [Docket No. 30]

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

BROOKS BAUER LLP

1645 VILLAGE CENTER CIRCLE, SUITE 200, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191  FAX: (702) 851-1198

IT IS HEREBY ORDERED and ADJUDGED that judgment is entered in favour of Defendants One West Bank, FSB and NDeX West, LLC and against Plaintiffs Yuk Lan Chan and Shiu Po Cheung

DATED this __14th__ day of __November__ 2011.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

BROOKS BAUER LLP

By: ___/s/ Michael R. Brooks, Esq._____
Michael R. Brooks, Esq.
Nevada Bar No. 7287
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1191
Fax (702) 851-1198
*Attorneys for Defendants*
*One West Bank, FSB and NDeX West, LLC*

BROOKS BAUER LLP

1645 VILLAGE CENTER CIRCLE, SUITE 200, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191  FAX: (702) 851-1198